# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3253

_____

KENNETH E. RICKERSON,

Appellant,

v.

J. D. PEACOCK II Clerk of Court,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

April 20, 2018

PER CURIAM.

DISMISSED. *See Augustin v. Blount*, 573 So. 2d 104 (Fla. 1st DCA 1991) (noting that the Appellant's proper course is to request entry of a final order which may be appealed).

WOLF, ROBERTS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth Rickerson, pro se, Appellant.

Kyle S. Bauman of Anchors, Smith, Grimsley, Fort Walton Beach, for Appellee.